FILED
SEP 2 5 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:25-CR-0519-LL-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING INFORMATION** |
| DONNA MARIE SHOAF (2), | |
| Defendant. | |

The United States' Motion to Dismiss the Information as to Defendant Donna Marie Shoaf is hereby GRANTED. The Information (ECF No. 32) is DISMISSED as to Defendant Donna Marie Shoaf only, without prejudice.

**IT IS SO ORDERED.**

Dated: September 25, 2025

Hon. David D. Leshner
United States District Judge